IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00745-WYD-MJW

JAMES DURKEE,

Plaintiff,

v.

SHERIFF JOHN MINOR, in his official and individual capacities,
SERGEANT RON HOCHMUTH, in his individual capacity, and
JOHN DOES #1-5, in their individual capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Unopposed Motion for Entry of Stipulation and Protective Order (docket no. 14) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 14-1) is APPROVED as amended in paragraph 14 and made an Order of Court.

Date: May 19, 2014