IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00745-WYD-MJW

JAMES DURKEE,

Plaintiff,

v.

SHERIFF JOHN MINOR, in his official and individual capacities,
SERGEANT RON HOCHMUTH, in his individual capacity, and
JOHN DOES #1-5, in their individual capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Unopposed Motion to Modify the Scheduling Order (Docket No. 18) is GRANTED.  The Scheduling Order (Docket No. 13) is amended to extend the deadline for joinder of parties and amendment of pleadings up to and including July 7, 2014.

Date: June 23, 2014