IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00745-WYD-MJW

JAMES DURKEE,

Plaintiff,

v.

SHERIFF JOHN MINOR, in his official and individual capacities,
SERGEANT RON HOCHMUTH, in his individual capacity, and
SENIOR SERGEANT CHERYL GIORDANO, in her individual capacity,
SENIOR SERGEANT CYNTHIA GILBERT, in her individual capacity, and
SENIOR SERGEANT TOM TILKA, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Second Unopposed Motion to Modify the Scheduling Order (Docket No. 36) is GRANTED for good cause shown. The Scheduling Order (Docket No. 13) is AMENDED as follows:

- Rebuttal expert disclosure deadline: January 30, 2015
- Discovery cut-off: February 27, 2015
- Dispositive motions deadline: March 19, 2015

Date: January 9, 2015